WINTER, STATE TAX COLLECTOR *v.* BARMER

No. 40592          December 2, 1957          98 So. 2d 653

*Pyles & Tucker,* Jackson, for appellant.

No attorney listed for appellee.

GILLESPIE, J.

This case is controlled by the decision in No. 40,589, William Winter, State Tax Collector, v. Harold H. Hardester, decided November 25, 1957.

Affirmed.

*McGehee, C. J.,* and *Lee, Arrington* and *Ethridge, JJ.,* concur.